Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

U.S. COURTS
OCT 05 2020
Rcvd\_\_\_\_\_Filed\_\_\_\_\_Time\_\_\_\_\_
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

DOUGLAS RAY ARLEDGE
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v- ALAN E.
TREMMING / TIM HANSEN /
BOISE, CITY ATTORNEY
JOHN-JANE DOES: A-Z
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: DOUGLAS RAY ARLEDGE
Address: P.O. BOX 1751
NAMPA, ID 83653
City / State / Zip Code
County: CANYON COUNTY
Telephone Number: 208-794-5641
E-Mail Address: douglasarledge123@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: BOISE, CITY ATTORNEY
Job or Title (if known): ATTORNEY
Address: 150 NORTH CAPITOL
BOISE, ID 83701-0500
City / State / Zip Code
County: ADA COUNTY
Telephone Number: 208-608-7950
E-Mail Address (if known):

[✓] Individual capacity   [ ] Official capacity

Defendant No. 2
Name: ALAN E. TRIMMING
Job or Title (if known): ADA COUNTY PUBLIC DEFENDER
Address: 200 W. FRONT ST. ROOM 1107
BOISE, ID 83702-7300
City / State / Zip Code
County: ADA COUNTY
Telephone Number: 208-287-7400
E-Mail Address (if known):

[✓] Individual capacity   [ ] Official capacity

Defendant No. 3
- Name: TIM HANSEN
- Job or Title (if known): ADA COUNTY PUBLIC DEFENDER
- Address: 200 W. FRONT ST. ROOM 1107
- BOISE, ID 83702-7300
- County: ADA COUNTY
- Telephone Number: 208-287-7400
- E-Mail Address (if known):

[X] Individual capacity  [ ] Official capacity

Defendant No. 4
- Name:
- Job or Title (if known):
- Address:
- County:
- Telephone Number:
- E-Mail Address (if known):

[ ] Individual capacity  [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

42 U.S.C. § 1983 : 5TH / 8TH / 14TH ; AMENDMENTS TO THE UNITED STATES CONSTITUTION :

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. (1:) FAILURE OF THE DEFENDANTS TO RELEASE PLAINTIFF ON: 3/29/1989 ON CRIMINAL CASE, M8901808: (2:) FAILURE OF THE DEFENDANTS TO DISCLOSE DISCOVERY ON CASE NO. M8901808: (3:) FAILURE OF THE DENDANTS TO PROPERLY FOLLOW SUBSTANTIVE DUE PROCESS RIGHTS TO THE PLAINTIFF IN: M8901808 & M8902234 & CASE NO. 16006

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur? JOEL D. HORTON, PROSECUTOR FOR ADA COUNTY FAILED TO COMPLY AND NOTIFY THE COURTS, AND IN ADDITION FAILED TO COMPLY WITH DISCOVERY & RELEASE THE PLAINTIFF FROM CUSTODY ON: 3/29/1989, THAT THE ADA COUNTY PUBLIC DEFENDERS: TIM HANSEN & ALAN E. TRIMMING FAILED TO PROTECT AND PRESERVE THE CONSTITUTION RIGHTS OF THE PLAINTIFF -

B. What date and approximate time did the events giving rise to your claim(s) occur?

3/29/1989 - JUDGES: MEMO

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* MY CRIMINAL CHARGES WERE "DISMISSED" IN 1989 IN CASE, NO. M8901808 AND I WAS NEVER RELEASED FROM CUSTODY. THE RULES OF DISCOVERY WERE NEVER FOLLOWED IN: M8901808 AND M8902234 AND CASE NO. 16006 IN CONJUCTION WITH THE ENTITLED CASE WHICH COULD HAVE ("NEGATED THE GUILTY OF THE ACCUSED) OR TENDS TO REDUCE THE PUNISHMENT THEREFORE; I.C.R.: 16(A)(B)(4) I.R.E 612 DISCOVERY: JOEL D. HORTON - TIM HANSEN - ALAN E. TRIMMING - JUDGE: L. ALAN SMITH; I WAS SENT TO PRISON FOR (25 YEARS)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. MY CONSTITUTIONAL & CIVIL RIGHTS WERE VIOLATED UNDER ("COLOR OF LAW").... I WAS SENT TO PRISON FOR (25 YEARS, BY OFFICALS WHO WERE SUPPOSED TO PROTECT AND PRESERVE MY ("CONSTITUTIONAL PROTECTED RIGHTS") THAT I WAS SENT TO PRISON FOR: (25 YEARS).... LOSS OF FREEDOM.... LOSS OF CIVIL AND CONSTITUTIONAL RIGHTS AND PRIVILEGES.... SUBJECTE TO CRUEL AND UNUSUAL PUNISHMENT WHILE IN PRISON FOR 25 YEARS.... INABILITY TO ADJUST TO LIFE AND KEEP OR FIND A MEANIFUL JOB AFTER A BACKGROUND CHECK OF THESE FELONIES....

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I WANT MY CRIMINAL CHARGES FOR: M8901308 AND MY CRIMINAL CHARGES FOR: M8902234 AND MY CRIMINAL CHARGES FOR: CASE NO. 16006 - PERMANTLY ERASED FROM MY RECORD.... IN ADDITION I WANT: SIXTY THOUSAND DOLLARS A YEAR FOR THE (25 YEARS) THAT I SPENT IN PRISON!!!! TOTAL: 1.5 MILLION DOLLARS

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/5/2020

Signature of Plaintiff: *Douglas Ray Arledge*
Printed Name of Plaintiff: DOUGLAS RAY ARLEDGE

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
         City ____ State ____ Zip Code
Telephone Number: _____
E-mail Address: _____