FOURTH JUDICIAL DISTRICT
Criminal Court - Traffic Division
7180 Barrister Dr.
Boise, Idaho 83704-9296

MEMO FOR THE RECORD

Date: 3/29, 19 89

Case Number: M8901808

Defendant: Douglas R Arledge

Subject: Case Dismissed - P.H. set on 14th day State not ready to proceed - witness not present Def refused to waive time -

JUDGE: [signature]

casetext   Help   Sign In   Sign Up

Search all cases and statutes...   JX

Statutes, codes, and regulations
Idaho Court Rules
Idaho Criminal Rules
Title II - Preliminary ...

# Idaho R. Crim. P. 5.1

 Download

As amended through May 13, 2020

Rule 5.1 - Preliminary Hearing; Probable Cause Finding; Discharge or Commitment of Defendant; Procedure

**(a) Preliminary Hearing.** Unless indicted by a grand jury, a defendant charged in a complaint with any felony is entitled to a preliminary hearing. If the defendant waives the preliminary hearing, the magistrate must immediately file a written order in the district court requiring the defendant to answer. If a waiver of preliminary hearing form is used, the waiver form must be the Supreme Court waiver of preliminary hearing form found in Appendix A of these rules. If the defendant does not waive the preliminary hearing, the magistrate must schedule a preliminary hearing within a reasonable time, but in any event not later than 14 days following the defendant's initial appearance if the defendant is in custody and no later than 21 days after the initial appearance if the defendant is not in custody. Time limits in this subsection may be extended with the consent of the defendant and on showing of good cause, taking into account the public interest and prompt disposition of criminal cases. In the absence of consent by the defendant, time limits may be extended only on a showing that extraordinary

-B-

 casetext

Help   Sign In   Sign Up

Search all cases and statutes...                     JX

been committed and that there is probable or sufficient cause to believe that the defendant committed the offense, the magistrate must immediately require the defendant to answer in the district court. The finding of probable cause must be based on substantial evidence on every material element of the offense charged. Hearsay in the form of testimony or affidavits, including written certifications or declarations under penalty of perjury, may be admitted to show the following:

(1) the existence or nonexistence of business or medical facts and records,

(2) judgments and convictions of courts,

(3) ownership of real or personal property, and

(4) reports of scientific examinations of evidence by state or federal agencies or officials or by state-certified laboratories, provided the magistrate determines the source of said evidence to be credible. Nothing in this rule prevents the admission of evidence under any recognized exception to the hearsay rule of evidence. The defendant is entitled to cross-examine witnesses produced against the defendant at the hearing and may introduce evidence in the defendant's own behalf. Motions to suppress must be made in a trial court as provided in Rule 12. However, if at the preliminary hearing the evidence shows facts which would ultimately require the suppression of evidence sought to be used against the defendant, the evidence must be excluded and must not be considered by the magistrate in determining probable cause. A record of the proceedings must be made by stenographic means or recording devices.

**(c) Discharge of Defendant** If the magistrate determines that a public offense has not been committed or that there is not probable or sufficient cause to believe that the defendant committed the offense, the magistrate must dismiss the complaint and discharge the defendant.

**(d) Records.** After concluding the proceeding, the magistrate must immediately deliver all papers in the proceeding to the clerk of the district court.

# Ada County Sheriff's Office



## Arrest History
### Public

| Name, last, first, m. | ARLEDGE DOUGLAS RAY | | | | |
|---|---|---|---|---|---|
| Date of Birth | Age 61 | SSN | | LE # 054275 | |
| Sex M | Height 5'11" | Weight 175 | | Hair BRO | Eyes HAZ |
| Street Address | | | | | |
| City, State, Zip | | | | | |

*********** INCIDENTS ***********

| Case # | Def | Cnt | Arrest | Description | DR # |
|---|---|---|---|---|---|
| 4093 | 01 | 000 | 04/01/1987 | PROBATION VIOLATION | 00-000000 |
| M8804104 | 01 | 001 | 07/08/1988 | ASSAULT | 00-813196 |
| M8804104 | 01 | 002 | 07/08/1988 | ASSAULT | 00-813196 |
| M8806727 | 01 | 001 | 11/03/1988 | PARKS PARKING (NIGHT AFTER CLOSING) | 00-813197 |
| M8806727 | 01 | 002 | 11/03/1988 | WEAPON CONCEAL DANGEROUS | 00-822075 |
| M8807208 | 01 | 001 | 11/22/1988 | CONTEMPT OF COURT | 00-822076 |
| M8807840 | 01 | 001 | 12/20/1988 | CONTEMPT OF COURT | 00-823513 |
| M8900401 | 01 | 001 | 01/19/1989 | BATTERY AGGRAVATED | 00-825430 |
| HCR16006 | 01 | 000 | 03/29/1989 | BATTERY | 00-901140 |
| M8901808 | 01 | 001 | 03/14/1989 | BATTERY | 00-905192 |
| M8901808 | 01 | 002 | 03/14/1989 | ASSAULT AGGRAVATED | 00-905191 |
| M8901808 | 01 | 003 | 03/14/1989 | KIDNAPPING I - RANSOM | 00-905192 |
| HCR16006 | 01 | 001 | 03/29/1989 | BATTERY | 00-905191 |
| HCR16006 | 01 | 002 | 03/29/1989 | ASSAULT AGGRAVATED | 00-905192 |
| HCR16006 | 01 | | 03/29/1989 | KIDNAPPING II | |



Court 2-Magistrate
Issuing Agency B-Boise City
Municipality BO-Boise City
Judge 278-Richard A Schmidt
Case Ref M8902234
Prosecutor A-062 Joel D Horton
3/14/1989 Case Created

Defendant(s):

01 ARLEDGE DOUGLAS RAY                LE# 0000054275

Charge(s):
  001 S 18-905-A    ASSAULT AGGRAVATED        Felony
  002 S 18-4503     KIDNAPPING II             Felony
  003 S 18-903-A    BATTERY                   Misdemeanor

Register of Actions:
| Date | # | Action | By |
|---|---|---|---|
| 03/14/1989 | 001 | Charge Booked by ACSO 03/15/1989 | 14 |
| 03/14/1989 | 001 | Event Scheduled Arraignment 03/15/1989 | 14 |
| 03/14/1989 | 002 | Charge Booked by ACSO 03/15/1989 | 14 |
| 03/14/1989 | 002 | Charge Amended by Prosecutor 03/15/1989 | 08 |
| 03/15/1989 | 003 | Citation added from Booking 03/15/1989 | 14 |
| 03/15/1989 | 003 | Additional Charge Filed 03/15/1989 | 08 |
| 03/15/1989 | 001 | Charge Filed Cause Found | TB |
| 03/15/1989 | 002 | Charge Filed Cause Found | TB |
| 03/15/1989 | 003 | Charge Filed Cause Found | TB |
| 03/15/1989 |     | Arraignment | RW |
| 03/15/1989 |     | Order Appointing Public Defender | RW |
| 03/15/1989 | 001 | Bond Reduced or Amended to $50000.00 | RW |
| 03/15/1989 |     | Event Scheduled Preliminary Hearing 03/29/1989 | RW |
| 03/17/1989 |     | Event Scheduled Preliminary Hearing 03/29/1989 | CB |
| 03/17/1989 |     | Defendant Request For Discovery | BD |



D-



Court 1-District
Issuing Agency A-Ada County
Municipality AD-Ada County
Judge 147-D A Bail
Case Ref M8902234
Prosecutor A-062 Joel D Horton
4/12/1989 Case Created

Defendant(s):

01 ARLEDGE DOUGLAS RAY

Charge(s):
| | | | | | |
|---|---|---|---|---|---|
| 001 S 18-905-A | ASSAULT AGGRAVATED | Felony | Disposed | 09/15/1989 |
| 002 S 18-4503 | KIDNAPPING II | Felony | Disposed | 09/15/1989 |
| 003 S 18-903-A | BATTERY | Misdemeanor | Disposed | 09/15/1989 |

Register of Actions:

| Date | | Action | |
|---|---|---|---|
| 04/12/1989 | | Committment and Papers | |
| 04/12/1989 | | Defendant Transferred In M8902234.01 | PJ |
| 04/12/1989 | 001 | Bond Transferred From M8902234   S.00 | PJ |
| 04/17/1989 | | Information Filed | PJ |
| 04/17/1989 | | Arraignment | PJ |
| 04/17/1989 | | Request/Stipulation for Discovery 05/01/1989 | HV |
| 04/17/1989 | 001 | Not Guilty Plea | HV |
| 04/17/1989 | 002 | Not Guilty Plea | HV |
| 04/17/1989 | 003 | Not Guilty Plea | HV |
| 04/17/1989 | | Jury Trial Set 05/31/1989 | HV |
| 05/25/1989 | | Transcript of P.H. | HV |
| 05/30/1989 | | Stipulation Continue Reset JT | PJ |
| 05/31/1989 | | C Resets JT | PJ |
| 05/31/1989 | | Jury Trial Set 08/17/1989 | PJ |
| 09/15/1989 | 001 | Defendant Found Guilty | PJ |
| 09/15/1989 | 002 | Defendant Found Guilty | PJ |
| 09/15/1989 | 003 | Defendant Found Guilty | PJ |
| 09/15/1989 | | Event Scheduled Sentencing Hearing 10/23/1989 | PJ |
| 09/25/1989 | | Motion App Verdict of Jury | PJ |
| 09/25/1989 | | Motion for a New Trial | PJ |
| 10/23/1989 | | Sentence Hearing | PJ |
| 10/23/1989 | 001 | Final Judgment, Order or Decree | PJ |
| 10/23/1989 | 001 | Sentenced to ISCI 20y | PJ |
| 10/23/1989 | 002 | Final Judgment, Order or Decree | PJ |
| 10/23/1989 | 002 | Sentenced to ISCI 25y | PJ |
| 10/23/1989 | 003 | Final Judgment, Order or Decree | PJ |
| 10/23/1989 | 003 | Sentenced to Jail 6m   224d cr ...Concurrent | PJ |
| 11/14/1989 | | Notice of Appeal Amended | |
| 11/24/1989 | | Event Scheduled Hearing 12/18/1989 | PJ |
| 12/11/1989 | | Order to Transport | PJ |
| 12/20/1989 | | Order Releasing Property | PJ |
| 04/01/1991 | | Motion Proceed Forma Pauper | RC |
| 04/01/1991 | | Motion Production/Documents | RC |
| 04/09/1991 | | Order to Proceed Forma Pau | RC |
| 04/16/1991 | | Motion For Leave To Proceed | KU |
| 04/16/1991 | | Motion For Prod of Document | RC |
| 05/21/1991 | | Remittitur/Affirmed | RC |
| 07/25/1991 | | Motion For Leave To Proceed ...In Forma Pauperis | RC |
| 07/25/1991 | | Motion For Production of ...Documents | DS |
| | | | DS |

E-


| Date | Action | |
|---|---|---|
| 11/06/1991 | Order Re:for Transcript | |
| 03/17/1992 | Motion to Release | RC |
| 03/23/1992 | Order Denying Motion for ...Release | LC LC |
| 05/01/1992 | Motion Preparation Trans | |
| 06/04/1992 | Motion for Production of ...Documents | LC LC |
| 06/17/1992 | Order for Transcript | |
| 01/22/1993 | Order for Briefs | LC |
| 02/19/1993 | Order Vacating Order for ...Briefs | BB LC |