Doug ARLEDGE
P.O. BOX 1751
NAMPA, IDAHO
   83653
208-794-5641
PRO-SE

ORIGINAL

U.S. COURTS
NOV 23 2020
Rcvd_____ Filed_____ Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| DOUGLAS RAY ARLEDGE, PLAINTIFF, | CASE NO. 1:20-CV-00466-CWD |
|---|---|
| VS. | |
| BOISE CITY ATTORNEY, ET. AL., DEFENDANTS, | |

CASE NO. 1:20-CV-00466-CWD
PLAINTIFF'S: MEMORANDUM
OPPOSING THE: DEFENDANTS MOTION:
TO:
DISMISS COMPLAINT PURSUANT
TO: FRCP 12(b)(1),(4),(5),(6)

COMES NOW, THE PLAINTIFF IN
THE ABOVE ENTITLED CAUSE OF ACTION:

-1-

### A:
### JURISDICTION

THAT THIS HONORABLE COURT HAS: JURISDICTION PURSUANT TO: FEDERAL RULES OF CIVIL PROCEDURE RULE 60 & 42 U.S.C. § 1983, CIVIL RIGHTS....

### B:
### STATEMENT OF CLAIM

### LIBERTY INTEREST

A RIGHT THAT THE DUE PROCESS CLAUSES OF THE STATE AND FEDERAL CONSTITUTIONS CONFER ON AN INDIVIDUAL:

### C:
### LEGAL ARGUMENT

"AND WHEN THE STATE REFILES THAT MEANS THAT THE COURT WILL ISSUE A NEW WARRANT, AND THE DEFENDANT WILL BE RELEASED." I.C.R. 48 (A)(1)(2)(b)(1)...
"DOUBLE JEOPARDY PROTECTION IS TRIGGERED BY THE ATTACHMENT OF JEOPARDY." STATE V. AVELAR,

-2-

132 IDAHO 775, 778, 979 P.2d 648, 651 (1999), JEOPARDY ATTACHES WHEN THE JURY IS SWORN TO HEAR A CRIMINAL TRIAL... SEE id. (CITING, STATE V. STEVENS, 126 IDAHO 822, 825-26, 892 P.2d 889, 892-93 (1995)... "THE DOUBLE JEOPARDY CLAUSES IN THE IDAHO AND FEDERAL CONSTITUTIONS PROHIBIT PUTTING ONE IN JEOPARDY TWICE FOR THE SAME CRIME..." STATE V. MANLEY, 142 IDAHO 338, 343, 127 P.3d 954, 959, (2005)...

### ILLEGAL PRETRIAL DETENTION

I.R.C.P. 5.1, WAS NOT FOLLOWED BY THE STATE, WHICH ALSO VIOLATED THE PLAINTIFF'S FOURTH AMENDMENT... MANUEL V. CITY OF JOLIET (580 U.S. ___ (2017).

-3-

## CONCLUSION

THAT: JAMES K. DICKINSON, THE ATTORNEY FOR: TIM HANSEN, ALAN E. TRIMMING, JOEL D. HORTON, JOHN-JANE DOES A-Z; NEVER ADDRESSED ANY OF THE ISSUES IN THE PLAINTIFF'S: 42§1983 CIVIL RIGHTS COMPLAINT.... THAT THE ATTORNEY FOR THE ABOVE MENTIONED, DOES NOT DISPUTE THAT ON: 3/29/1989, MEMO FOR THE RECORD, CASE NUMBER: M8901808, SIGNED BY: L. ALAN SMITH, THAT THE PLAINTIFF'S CASE WAS DISMISSED.... ATTACHED AS: EXHIBIT-A-.... THAT: I.R.C.P. RULE: 5.1 WAS NOT FOLLOWED.. ATTACHED AS: EXHIBIT-B-.... THAT THE "ADA COUNTY BOOKING SHEET DOES NOT SHOW THAT THE PLAINTIFF WAS RELEASED THEN REARRESTED FOR CASE NO... M8902234... ATTACHED AS: EXHIBIT-C-.... THAT THE: MISDEMEANOR BATTERY 18-903-A BATTERY CONSTITUTED "DOUBLE JEOPARDY ON: 3/29/1989.... ATTACHED AS: EXHIBIT-D-.... THAT THE "PLAINTIFF" WAIVED HIS "PRELIMINARY HEARING RIGHTS" REGISTER OF ACTIONS" ATTACHED AS: EXHIBIT-D-...

-4-

THAT THE ADA COUNTY DEFENDANTS' MOTION TO DISMISS COMPLAINT PURSUANT TO FRCP 12(b),(1),(4),(5),(6)... SHOULD BE DISMISSED, FOR FAILING TO ADDRESS THE COMPLAINT OF THE PLAINTIFF...

THAT THE DEFENDANTS ARE LIABLE AND THAT THE DEFENDANTS ACTIONS WERE "UNDER COLOR OF STATE LAW"...

DATED THIS... 23RD DAY OF NOVEMBER, 2020

*Douglas Ray Adolf*
PRO SE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAND DELIVERED THE ORIGINAL TO THE CLERK OF THE U.S. COURTS, BOISE, IDAHO THIS 23RD DAY OF NOVEMBER 2020, AND MAILED A COPY TO: JAMES K. DICKINSON, DEPUTY PROSECUTING ATTORNEY, CIVIL DIVISION, 200 W. FRONT ST. ROOM 3191, BOISE, IDAHO: THIS 23RD DAY OF NOV, 2020...

*Douglas Ray Adolf*
PRO SE

-5-